# Order

Michigan Supreme Court
Lansing, Michigan

March 31, 2021

Bridget M. McCormack,
Chief Justice

161667

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

ERIE ADAMS,
　　　　　Plaintiff-Appellant,

v

SULBA BROWN,
　　　　　Defendant-Appellee,
and

CLARENE A. McCORD and CLARENCE A.
McCORD,
　　　　　Defendants.

SC: 161667
COA: 346503
Oakland CC: 2017-161212-CH

_____/

     On order of the Court, the application for leave to appeal the March 24, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 31, 2021



Clerk

t0324